# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128709(48)

WOODLAND OIL COMPANY,
      Plaintiff-Appellee,

v

                              SC: 128709
                              COA: 249246
                              Grand Traverse CC: 01-021950-NZ

OTWELL MAWBY, P.C.,
          Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's order of December 28, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk

d0320